AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>26cv13601 | DATE FILED<br>11/3/2026 | Northern District Eastern Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Philippa Kirsten Tacla | The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. BRUTON | NF | 11/4/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Case: 1:26-cv-13601 Document #: 1-1 Filed: 11/03/26 Page 1 of 4 PageID #:22

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-468-201**

**Effective Date of Registration:**
July 09, 2025

**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Irish Elk (Megaloceros)

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 10, 2015
**Nation of 1st Publication:** Australia

## Author

- **Author:** Philippa Kirsten Tacla
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Philippa Kirsten Tacla
8/221 Peats Ferry Rd, Hornsby, 2077, Australia

## Rights and Permissions

**Name:** Philippa Kirsten Tacla
**Email:** mail@piptacla.com
**Address:** 8/221 Peats Ferry Rd
Hornsby 2077 Australia

## Certification

**Name:** David Denholm
**Date:** July 09, 2025
**Applicant's Tracking Number:** PT2025070901

**Correspondence:** Yes

